APRIL 29, 1952

**No. 56618.**—SUIT 4700.—Bamboo & Rattan Works, Inc. *v.* United States.—
▮▮▮▮▮—Abstract 55719 affirmed February 18, 1952.  C. A. D. 480.

BEFORE THE FIRST DIVISION, MAY 6, 1952

**No. 56619.**—Chekiang Co. et al. *v.* United States, protests 7716–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56620.**—Anco Import Corp. et al. *v.* United States, protests 141283–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56621.**—House of Italian Handicrafts, Inc., et al. *v.* United States, protests 168107–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56622.**—Atlas Fibers Co., Inc., et al. *v.* United States, protests 168025–K, etc. (New York).

Opinion by COLE, J.  The protests were dismissed.

**No. 56623.**—Cobra Wood Treatment Corporation *v.* United States, protest 173744–K (New York).

Opinion by COLE, J.  The protest was dismissed.

**No. 56624.**—American Roland Corp. *v.* United States, protests 178505–K, etc. (New York).

Opinion by COLE, J.  The protests were dismissed.